B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Quiros, David** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Quiros, Nancy** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5833** |
| Street Address of Debtor (No. and Street, City, and State):<br>**256 Windridge Dr.**<br>**Round Lake Park, IL**<br>ZIP Code **60073** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**256 Windridge Dr.**<br>**Round Lake Park, IL**<br>ZIP Code **60073** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9        of a Foreign Main Proceeding<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 12      of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Quiros, David**<br>**Quiros, Nancy** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Marcelino Diaz**               **February 17, 2011**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Marcelino Diaz 6271542** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>          _____<br>          (Name of landlord that obtained judgment)<br><br><br>          _____<br>          (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Quiros, David** |
| **Quiros, Nancy** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Quiros**
Signature of Debtor  **David Quiros**

X **/s/ Nancy Quiros**
Signature of Joint Debtor **Nancy Quiros**

Telephone Number (If not represented by attorney)

**February 17, 2011**
Date

### Signature of Attorney*

X **/s/ Marcelino Diaz**
Signature of Attorney for Debtor(s)

**Marcelino Diaz 6271542**
Printed Name of Attorney for Debtor(s)

**Law Offices of Marcelino Diaz**
Firm Name

**2215 W. Grand Avenue**
**Suite A**
**Waukegan, IL 60085**

Address

**Email: lawyermdiaz@yahoo.com**
**(847) 244-7288  Fax: (847) 244-7294**
Telephone Number

**February 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **David Quiros** **Nancy Quiros**
_____
Debtor(s)

Case No. _____
Chapter   **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                        Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David Quiros**
_____
**David Quiros**

Date:   **February 17, 2011**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **David Quiros** **Nancy Quiros**
_____
Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                              Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Nancy Quiros**
                        **Nancy Quiros**

Date:   **February 17, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **David Quiros,**  
**Nancy Quiros**

Case No. _____

_____,  
Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 140,000.00 | | |
| B - Personal Property | Yes | 3 | 3,750.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 198,924.36 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 65 | | 381,431.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 660.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,355.00 |
| Total Number of Sheets of ALL Schedules | | 77 | | | |
| Total Assets | | | 143,750.00 | | |
| Total Liabilities | | | | 580,356.21 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David Quiros,**
**Nancy Quiros**

Case No. _____

_____,

Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 660.00 |
| Average Expenses (from Schedule J, Line 18) | 3,355.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 808.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 58,924.36 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 381,431.85 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 440,356.21 |

B6A (Official Form 6A) (12/07)

In re    **David Quiros,**                                    Case No. _____
         **Nancy Quiros,**

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **252 Landridge Dr** | **Fee simple** | **J** | **140,000.00** | **187,688.00** |

|  |  | Sub-Total > | **140,000.00** | (Total of this page) |
|  |  | Total > | **140,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **David Quiros,**                                      Case No. _____
         **Nancy Quiros,**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America checking account** | **J** | **100.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | **J** | **1,400.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **clothing** | **J** | **400.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **1,900.00**
(Total of this page)

  __2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David Quiros,**                                             Case No. _____
         **Nancy Quiros,**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **David Quiros,**                                        Case No. _____
     **Nancy Quiros,**

_____,
                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Durango 126000 miles** | J | **1,850.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >  **1,850.00**
(Total of this page)
Total >  **3,750.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re    **David Quiros,**
      **Nancy Quiros,**

Case No. _____

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **252 Landridge Dr** | **735 ILCS 5/12-901** | **30,000.00** | **140,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America checking account** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture** | **735 ILCS 5/12-1001(b)** | **1,400.00** | **1,400.00** |
| **Wearing Apparel** | | | |
| **clothing** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Dodge Durango 126000 miles** | **735 ILCS 5/12-1001(c)** | **1,850.00** | **1,850.00** |

| | Total: | **33,750.00** | **143,750.00** |
|---|---|---|---|

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **David Quiros,**
      **Nancy Quiros,**
                                                                    Case No. _____
                                                                    
_____
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **86932** <br><br> **Fifth Third Bank** <br> **38 Fountain Square Plz** <br> **MD 1Com-64** <br> **Cincinnati, OH 45263** | | J | **6/2008** <br><br> **Second Mortgage** <br><br> **252 Landridge Dr** | | | | | |
| | | | Value $   **140,000.00** | | | | **26,920.00** | **0.00** |
| Account No. **5160** <br><br> **Great Lakes Credit  Union** <br> **2525 Green Bay Rd** <br> **North Chicago, IL 60064** | | J | **02/20/2010** <br><br> **credit** | | | | | |
| | | | Value $   **0.00** | | | | **11,236.36** | **11,236.36** |
| Account No. **515680013** <br><br> **Us Bank Home Mtg** <br> **PO Box 20005** <br> **Owensboro, KY 42304** | | J | **2/2008** <br><br> **First Mortgage** <br><br> **252 Landridge Dr** | | | | | |
| | | | Value $   **140,000.00** | | | | **160,768.00** | **47,688.00** |
| Account No. <br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

| | Subtotal <br> (Total of this page) | **198,924.36** | **58,924.36** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **198,924.36** | **58,924.36** |

B6E (Official Form 6E) (4/10)

In re   **David Quiros,**
    **Nancy Quiros,**

Case No. _____

                  Debtors             ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **David Quiros,**
        **Nancy Quiros**
                                                                    Case No. _____
                        Debtors
                                                ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **A0043306560** <br><br> **ACL Laboratories Inc.** <br> **8901 West Lincoln Ave** <br> **Milwaukee, WI 53227** | | J | 12/17/2009 | | | | 777.10 |
| Account No. **4224587-001** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | medical | | | | 55.62 |
| Account No. **4261758-001** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | | | | | 2,210.27 |
| Account No. **4177116-001** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | | | | | 504.90 |

__64__   continuation sheets attached

Subtotal
(Total of this page)                                                3,547.89

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
S/N:40499-110128   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4261758-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | | | | | 22.00 |
| Account No. **4177116-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | **12/28/2009** <br> **medical** | | | | 504.90 |
| Account No. **4020719-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | **06/26/2009** <br> **med** | | | | 1,167.19 |
| Account No. **4020719-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | **01/10/2009** <br> **medical** | | | | 1,467.19 |
| Account No. **4224587-000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | **09/15/2010** | | | | 55.62 |

Sheet no. __1__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3,216.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
       **Nancy Quiros**                                                     Case No. _____

                                                                ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4020719** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | 01/10/2009 | | | | 1,167.19 |
| Account No. <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | | | | | 8,751.50 |
| Account No. **4327273001** <br><br> **Advocate Condell Medical Center** <br> **801 S Milwaukee Ave** <br> **Libertyville, IL 60048** | | J | 08/26/2010 | | | | 1,465.30 |
| Account No. **4327273000** <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | J | 08/11/2010 | | | | 1,098.98 |
| Account No. **29346605** <br><br> **Alexandria Vaneck Co., LPA** <br> **5660 Southwyck Blvd #110** <br> **Toledo, OH 43614-1597** | | J | | | | | 48.00 |

Sheet no. __2__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,530.97

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
    **Nancy Quiros** Case No. _____

                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **P50827568**<br><br>**Allied Interstate, Inc**<br>**PO Box 361774**<br>**Columbus, OH 43236** | | J | | | | | **279.11** |
| Account No. **0020010556449377472**<br><br>**American General Finanance**<br>**4013 W 26th St**<br>**Chicago, IL 60623** | | J | credit | | | | **503.07** |
| Account No. **609244604937**<br><br>**American General Finance**<br>**601 NW Second St.**<br>**PO Box**<br>**Evansville, IN 47701** | | J | 6/2009 | | | | **503.00** |
| Account No. **0020010556449377472**<br><br>**American General Finance**<br>**PO Box 790370**<br>**Saint Louis, MO 63179-0370** | | J | | | | | **485.89** |
| Account No. **0000008366**<br><br>**Anatoly Arber MD PHD**<br>**501 N Riverside Dr #213**<br>**Gurnee, IL 60031** | | J | 07/30/2010 | | | | **2,254.06** |

Sheet no. __3__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
    (Total of this page) **4,025.13**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros,**                                                 Case No. _____
                                                        _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0000008366** <br><br> **Anatoly Arber MD PHD** <br> **501 N Riverside dr #213** <br> **Gurnee, IL 60031** | | J | 05/28/2010 | | | | 2,063.20 |
| Account No. **0000008366** <br><br> **Anatoly Arber MD PHD** <br> **501 N Riverside Dr #213** <br> **Gurnee, IL 60031** | | J | 12/10/2009 | | | | 142.24 |
| Account No. **6032590408364429** <br><br> **Ashley Home Store Vernon Hills** <br> **413 N Milwaukee Ave #200** <br> **Vernon Hills, IL 60061** | | J | 09/17/2009 | | | | 544.03 |
| Account No. **ASN6069AAA** <br><br> **Associated Neurology SC** <br> **1900 Hollister** <br> **Libertyville, IL 60048** | | J | medical services | | | | 25.00 |
| Account No. <br><br> **AT&T** <br> **PO BOX 8100** <br> **Aurora, IL 60507-8100** | | J | 2008 <br> repairs to lines | | | | 1,500.00 |

Sheet no. __4__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,274.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
**Nancy Quiros**                                                            Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **9692** <br><br> **Bank Of America** <br> **PO Box 15137** <br> **Wilmington, DE 19850** | | J | | | 02/03/2010 | | | | 319.00 |
| Account No. **4313-5201-1259-9692** <br><br> **Bank Of America** <br> **Po Box 15019** <br> **Wilmington, DE 19886** | | J | | | 12/02/2009 | | | | 3,397.02 |
| Account No. **4313-5201-1259-9692** <br><br> **Bank of america** <br> **PO Box 851001** <br> **Dallas, TX 75285** | | J | | | 03/04/2010 | | | | 3,694.57 |
| Account No. **4313-5201-1259-9692** <br><br> **Bank of America** <br> **P.O. Box 15026** <br> **Wilmington, DE 19850-5026** | | J | | | | | | | 0.00 |
| Account No. **169601321335** <br><br> **Beneficial national bank** <br> **PO Box 15518** <br> **Wilmington, DE 19850-5518** | | J | | | 11/2006 | | | | 2,472.00 |

Sheet no. __5___ of __64___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,882.59**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
     **Nancy Quiros**
                                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7001-0632-1335-3958** | | | | | 03/20/2010 **CREDIT** | | | | |
| **Best Buy / HSBC** **PO Box 15524** **Wilmington, DE 19850** | | J | | | | | | | 1,823.26 |
| Account No. **7001063213353958** | | | | | 11/17/2009 | | | | |
| **Best Buy / HSBC** **PO Box 17298** **Baltimore, MD 21297** | | J | | | | | | | 1,508.88 |
| Account No. **08 0250 23474** | | | | | | | | | |
| **C.C.S.** **Payment Processing Center- 27** **PO Box 55126** **Boston, MA 02205-5126** | | J | | | | | | | 19.47 |
| Account No. **14 344 181 100** | | | | | | | | | |
| **C/O Rust Consulting, Inc** **PO Box 2354** **Faribault, MN 55021-9054** | | J | | | | | | | 352.24 |
| Account No. **6011-0058-5894-9491** | | | | | | | | | |
| **Capital Management Services, LP** **726 Exchange Street** **Suite 700** **Buffalo, NY 14210** | | J | | | | | | | 1,653.62 |

Sheet no. __6__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,357.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4147-0970-6189-9458** | | | | 9/04/2010 | | | | |
| **Capital One** **PO Box 71083** **Charlotte, NC 28272** | | J | | | | | | 3,058.66 |
| Account No. **4147-0970-6189-9458** | | | | 11/27/2009 | | | | |
| **Capital one Bank** **PO Box 6492** **Carol Stream, IL 60197** | | J | | | | | | 2,499.68 |
| Account No. **4147-0970-6189-9458** | | | | 04/02/2010 | | | | |
| **Capitalone** **PO Box 6492** **Carol Stream, IL 60197** | | J | | | | | | 2,633.72 |
| Account No. **5121-0796-0170-2449** | | | | | | | | |
| **Card Service Center** **PO Box 6275** **Sioux Falls, SD 57117** | | J | | | | | | 309.43 |
| Account No. **3582** | | | | | | | | |
| **Cardmember Service** **PO Box 15548** **Wilmington, DE 19886-5548** | | J | | | | | | 326.00 |

| | | |
|---|---|---|
| Sheet no. __7__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,827.49 |

2/17/11  8:11PM

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
     **Nancy Quiros**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4185-8712-2338-3582** <br><br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | | J | | | | | | **3,497.42** |
| Account No. **4185-8712-2338-3582** <br><br> **cardmember service** <br> **po bOX 15153** <br> **Wilmington, DE 19886** | | J | | 10/07/2010 <br> **CREDIT** | | | | **3,555.44** |
| Account No. **41858712233835** <br><br> **Cardmember service** <br> **po box 15548** <br> **Wilmington, DE 19886** | | J | | | | | | **431.00** |
| Account No. **4104-1400-1885-0546** <br><br> **Cardmember service** <br> **po box 15153** <br> **Wilmington, DE 19886** | | J | | 06/23/2010 | | | | **841.47** |
| Account No. **4104-1400-1885-0546** <br><br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | J | | 11/20/2009 | | | | **486.45** |

Sheet no. __8__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,811.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros,**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **cim000362**<br><br>**Center for Internal Medicine**<br>**501 N Riverside Dr**<br>**ste 216**<br>**Gurnee, IL 60031** | | J | 09/16/2009<br>medical | | | | 2,243.80 |
| Account No. **17700**<br><br>**Center For Internal Medicine**<br>**501 North Riverside Drive**<br>**Suite 216**<br>**Gurnee, IL 60031** | | J | 07/20/2010<br>medical | | | | 484.88 |
| Account No. **CIM000362**<br><br>**Center For Internal Medicine**<br>**501 North Riverside Drive**<br>**Suite 216**<br>**Gurnee, IL 60031** | | J | 10/21/2009 | | | | 21.40 |
| Account No. **CIM000362**<br><br>**Center For Internal Medicine**<br>**501 North Riverside Drive**<br>**Suite 216**<br>**Gurnee, IL 60031** | | J | 02/05/2009 | | | | 22.20 |
| Account No. **CIM000362**<br><br>**Center For Internal Medicine**<br>**501 North Riverside Drive**<br>**Suite 216**<br>**Gurnee, IL 60031** | | J | 08/11/2009 | | | | 1,368.80 |

Sheet no. __9__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,141.08

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
    **Nancy Quiros**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **084010000022022949** <br><br> **Centerone Financial Services** <br> **PO Box 991817-WOFMB227** <br> **Mobile, AL 36691-8817** | | J | | | | | **1,276.53** |
| Account No. **798192414160166** <br><br> **Central Portfolio Control** <br> **6640 Shady Oak Rd #300** <br> **Eden Prairie, MN 55344-7710** | | J | **12/29/2010** <br> **credit** | | | | **3,780.00** |
| Account No. **4037-8400-1672-3189** <br><br> **Central Portfolio Control** <br> **6640 Shady Oak Rd #300** <br> **Eden Prairie, MN 55344-7710** | | J | | | | | **90.00** |
| Account No. **5409500** <br><br> **Certified Services Inc.** <br> **PO Box 177** <br> **Waukegan, IL 60079-0177** | | J | | | | | **181.54** |
| Account No. **042614595952** <br><br> **Chase Bank** <br> **Progressive Financial Services** <br> **PO Box 41309** <br> **Nashville, TN 37204** | | J | | | | | **565.00** |

Sheet no. __**10**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,893.07**

2/17/11  8:11PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**                                                Case No. _____

                                         _____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5416-5721-7165-2659** <br><br> **Chase Bank USA** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | | J | 1/15/2011 <br> credit | | | | 2,149.12 |
| Account No. **4185541233** <br><br> **Chase Card Member service** <br> **418587122338** <br> **Waukegan, IL 60085** | | J | 05/07/200 | | | | 3,138.59 |
| Account No. **5416-5721-7165-2659** <br><br> **Chase card member service** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | | J | 11/07/2009 | | | | 1,576.08 |
| Account No. **410414001885** <br><br> **Chase Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | J | 9/2006 | | | | 841.00 |
| Account No. **418587122338** <br><br> **Chase Card Services** <br> **PO Box 15298** <br> **Wilmington, DE 19850** | | J | 5/2008 | | | | 3,555.00 |

Sheet no. __11__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,259.79

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
     **Nancy Quiros**
                                                 ,
                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6032590408364429** | | | J | | 01/17/2010 | | | | |
| citi PO Box 22060 Tempe, AZ 85285 | | | | | | | | | 1,927.14 |
| Account No. **1537** | | | J | | 1/29/2010 | | | | |
| Citi PO Box 653095 Dallas, TX 75265 | | | | | | | | | 1,091.85 |
| Account No. **5424-1805-4951-6455** | | | J | | | | | | |
| Citi Cards P.O. Box 688901 Des Moines, IA 50368-8901 | | | | | | | | | 5,156.84 |
| Account No. **5424-1805-4951-6455** | | | J | | 11/16/2009 credit | | | | |
| Citi Cards P.O. Box 688901 Des Moines, IA 50368-8904 | | | | | | | | | 4,331.82 |
| Account No. **674309560156053** | | | J | | | | | | |
| Citi Financial PO Box 6931 The Lakes, NV 88901-6931 | | | | | | | | | 3,058.48 |

Sheet no. __**12**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,566.13

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
     **Nancy Quiros**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **542418054951** | | | J | | 12/1995 | | | | |
| **citibank sd na** **PO Box 6241** **Sioux Falls, SD 57117** | | | | | | | | | 5,156.00 |
| Account No. **607439563715** | | | J | | | | | | |
| **Citifinancial** **4500 New Linden Hill Rd** **Wilmington, DE 19808** | | | | | | | | | 3,058.00 |
| Account No. | | | J | | 04/22/2008 | | | | |
| **Citifinancial** **Po Box 499** **Hanover, MD 21076** | | | | | | | | | 1,927.14 |
| Account No. | | | J | | 04/22/2008 | | | | |
| **Citifinancial** **Po Box 499** **Hanover, MD 21076** | | | | | | | | | 2,347.14 |
| Account No. | | | J | | 4/22/2008 | | | | |
| **Citifinancial** **Po Box 499** **Hanover, MD 21076** | | | | | | | | | 2,207.14 |

Sheet no. __**13**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,695.42

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**                              Case No. _____
      **Nancy Quiros**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **011944248**<br><br>**Client Services Inc<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301** | | J | | | | | | 1,309.86 |
| Account No. **012898323**<br><br>**Client Services Inc<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-4047** | | J | | | | | | 5,473.67 |
| Account No. **011944248**<br><br>**Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-3236** | | J | | | | | | 1,446.32 |
| Account No. **011564950**<br><br>**Client Services, INC.<br>3451 Harry Truman Blvd<br>Saint Charles, MO 63301-4047** | | J | | | | | | 547.15 |
| Account No. **GCED2009212305**<br><br>**ComEd<br>Claims Dept. 4th Floor<br>Three Lincoln Centre<br>Oakbrook Terrace, IL 60181-4260** | | J | | | | | | 1,351.86 |

Sheet no. __**14**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,128.86

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
     **Nancy Quiros**
                                                    ,   Case No. _____
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GCED2009212305**<br><br>**ComEd**<br>**Claims Department, 4th Floor**<br>**Villa Park, IL 60181** | | J | 11/02/2009 | | | | 1,351.86 |
| Account No. **E00016636859**<br><br>**Core Source**<br>**PO Box 2920**<br>**Clinton, IA 52733-2920** | | J | | | | | 1,600.00 |
| Account No. **000100061775**<br><br>**Core Source**<br>**PO Box 2920**<br>**Clinton, IA 52733** | | J | 01/04/2010<br>medical | | | | 41.51 |
| Account No. **4888441**<br><br>**Core Source**<br>**PO Box 2920**<br>**Clinton, IA 52733** | | J | 11/03/2009 | | | | 290.00 |
| Account No. **3790112**<br><br>**Corporate Receivables, Inc.**<br>**PO Box 32995**<br>**Phoenix, AZ 85064-2995** | | J | | | | | 273.01 |

Sheet no. __**15**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **3,556.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
      **Nancy Quiros,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 771100480008646<br><br>**Credit Management, LP**<br>**4200 International Parkway**<br>**Carrollton, TX 75007** | | J | 12/30/2010<br>collection | | | | 114.35 |
| Account No. 433790<br><br>**CVS Caremark**<br>**PO BOx 99778**<br>**Chicago, IL 60696** | | J | 09/20/2009<br>medication | | | | 8.00 |
| Account No. 3076<br><br>**Deerbrook Medical Associates**<br>**565 Lakeview Parkway**<br>**Suite 116**<br>**Vernon Hills, IL 60061** | | J | | | | | 186.40 |
| Account No. 4221<br><br>**Deerbrook Medical Associates**<br>**565 lakeview Parkway**<br>**suite 116**<br>**Vernon Hills, IL 60061** | | J | 06/28/2010<br>medical | | | | 58.20 |
| Account No. 4221<br><br>**DeerBrook Medical Associates**<br>**565 Lake View Parkway Suite 116**<br>**Vernon Hills, IL 60061** | | J | 11/02/2010 | | | | 58.20 |

Sheet no. __16__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

425.15

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**　　　　　　　　　　　　　　　　Case No. _____
　　　**Nancy Quiros,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4221** | | | J | 07/26/2010 | | | | |
| **DeerBrook Medical Associates** **565 Lake View Parkway Suite 116** **Vernon Hills, IL 60061** | | | | | | | | 58.20 |
| Account No. **0001000670** | | | J | 04/26/2010 | | | | |
| **DeerBrook Medical Associates** **565 Lake View Parkway Suite 116** **Vernon Hills, IL 60061** | | | | | | | | 58.20 |
| Account No. **E14580-983324** | | | J | | | | | |
| **Dependon Collection Service, Inc.** **P.O. Box 4983** **Oak Brook, IL 60522-4983** | | | | | | | | 140.60 |
| Account No. **9491** | | | J | 11/21/2009 | | | | |
| **Discover** **P.O. BOX 6103** **Carol Stream, IL 60197** | | | | | | | | 4,340.49 |
| Account No. **6861** | | | J | 10/12/2009 | | | | |
| **Discover** **P.O. BOX 6103** **Carol Stream, IL 60197** | | | | | | | | 2,796.70 |

Sheet no. __17__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　7,394.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **601100703321** <br><br> **Discover Card** <br> **12 Reads Way** <br> **New Castle, DE 19720** | | J | 3/2007 | | | | 3,417.00 |
| Account No. **601100585894** <br><br> **Discover Card** <br> **12 Reads Way** <br> **New Castle, DE 19720** | | J | 6/2008 | | | | 4,724.62 |
| Account No. **505865936** <br><br> **Diversified Adjustment Services Inc** <br> **PO Box 32145** <br> **Fridley, MN 55432-0145** | | J | | | | | 1,019.10 |
| Account No. **2520680** <br><br> **Drs Jajeh and Koch S C** <br> **35 Tower Ct** <br> **Suite 3** <br> **Gurnee, IL 60031** | | J | 09/08/2010 | | | | 30.00 |
| Account No. **2317200** <br><br> **Drs Jajeh and Koch S C** <br> **35 Tower Ct** <br> **Suite 3** <br> **Gurnee, IL 60031** | | J | 05/07/2010 | | | | 20.74 |

Sheet no. __18__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,211.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
        **Nancy Quiros,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Quiros8775** | | | J | | 07/01/2010 | | | | |
| **Edward Shulz** **550 N Midlothian** **STE 100** **Mundelein, IL 60060** | | | | | | | | | 194.00 |
| Account No. **QUIROS8106** | | | J | | 08/10/2009 | | | | |
| **Edward Shulz** **550 N Midlothian** **STE 100** **Mundelein, IL 60060** | | | | | | | | | 14.20 |
| Account No. **5193-1300-0101-4712** | | | J | | | | | | |
| **ER Solutions, Inc.** **10750 Hammerly Blvd #200** **Houston, TX 77043** | | | | | | | | | 1,332.87 |
| Account No. **122749116** | | | J | | 04/2010 | | | | |
| **express scripts** **PO Box 66580** **Saint Louis, MO 63166** | | | | | | | | | 84.08 |
| Account No. **122749116** | | | J | | 01/09 delivery | | | | |
| **Express Scripts** **PO Box 66580** **Saint Louis, MO 63166** | | | | | | | | | 84.08 |

Sheet no. __19__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,709.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
    **Nancy Quiros,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **QUIDA000** <br><br> **family doctors** <br> **1275 e belvidere** <br> **Grayslake, IL 60030** | | J | 05/01/2009 | | | | 154.20 |
| Account No. **519313000101** <br><br> **Fbs card service** <br> **PO Box 9487** <br> **Minneapolis, MN 55440** | | J | 10/2008 | | | | 1,332.00 |
| Account No. **403784001672** <br><br> **fbs card service** <br> **PO Box 9487** <br> **Minneapolis, MN 55440** | | J | | | | | 547.00 |
| Account No. **00869325936** <br><br> **Fifth Third Bank** <br> **PO Box 740778** <br> **Cincinnati, OH 45274** | | J | 05/29/2010 <br> banking | | | | 25,762.51 |
| Account No. **00869325936** <br><br> **Fifth Third Bank** <br> **P.O. Box 2306** <br> **Cincinnati, OH 45201-2306** | | J | 08/25/2010 | | | | 26,253.24 |

Sheet no. __20__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

54,048.95

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
     **Nancy Quiros**                                                    Case No. _____

_____,
                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **7235910408** <br><br> **Fifth Third Bank** <br> **P.O. Box 2306** <br> **Cincinnati, OH 45201-2306** | | J | | 8/25/2009 | | | | 644.87 |
| Account No. **00869325936** <br><br> **Fifth Third Bank** <br> **P.O. Box 2306** <br> **Cincinnati, OH 45201-2306** | | J | | 08/29/2010 | | | | 26,904.86 |
| Account No. **0346** <br><br> **Financial Recovery services, Inc.** <br> **PO Box 385908** <br> **Minneapolis, MN 55438-5908** | | J | | | | | | 4,246.55 |
| Account No. **0346** <br><br> **Financial Recovery Services, Inc.** <br> **P.O. Box 385908** <br> **Minneapolis, MN 55438-5908** | | J | | 11/07/2010 | | | | 4,246.55 |
| Account No. **9933** <br><br> **Financial Recovery Services, Inc.** <br> **P.O. Box 385908** <br> **Minneapolis, MN 55438-5908** | | J | | 11/07/2010 | | | | 2,342.34 |

Sheet no. __**21**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                (Total of this page)     **38,385.17**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
       **Nancy Quiros**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **13525880** | | | | | | | | |
| **First Revenue Assurance** **PO Box 8546** **Omaha, NE 68108** | | J | | | | | | 627.06 |
| Account No. **6019183023069370** | | | | | | | | |
| **GE Money Bank** **PO Box 960061** **Orlando, FL 32896-0061** | | J | | | | | | 675.00 |
| Account No. **6019180917324499** | | | | | | | | |
| **GE Money Bank** **PO Box 960061** **Orlando, FL 32896-0061** | | J | | | | | | 1,247.12 |
| Account No. **6019183023069370** | | | | | | | | |
| **GE Money Bank** **PO Box 960061** **Orlando, FL 32896** | | J | | | | | | 838.05 |
| Account No. **6019180917390672** | | | | 11/18/2009 | | | | |
| **GE Money Bank** **PO Box 960061** **Orlando, FL 32896** | | J | | | | | | 807.92 |

Sheet no. __**22**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,195.15

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
    **Nancy Quiros**

Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6045771205706633** | | | J | | 03/10/2010 | | | | |
| **GE Money Bank/ ShopNBC** **PO Box 960009** **Orlando, FL 32896** | | | | | | | | | 257.66 |
| Account No. **7981924141260166** | | | J | | | | | | |
| **GE Money Bank/Lowes** **PO Box 530914** **Atlanta, GA 30353** | | | | | | | | | 3,302.00 |
| Account No. **600889248467** | | | J | | 5/2004 | | | | |
| **Gemb/Jcp** **Po Box 981402** **El Paso, TX 79998** | | | | | | | | | 778.00 |
| Account No. **798276514304** | | | J | | 5/2009 | | | | |
| **GEMB/Lowes Project PMGB** **PO Box 981400** **El Paso, TX 79998-1400** | | | | | | | | | 203.00 |
| Account No. **7714240067511766** | | | J | | 8/2004 | | | | |
| **Gemb/Sams Club** **Po Box 981400** **El Paso, TX 79998** | | | | | | | | | 1,276.00 |

Sheet no. __**23**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,816.66

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **601136107942** | | J | 2/2008 | | | | | |
| **Gemb/Sams Club** **Po Box 981400** **El Paso, TX 79998** | | | | | | | | 2,573.00 |
| Account No. **604577120570** | | J | 4/2009 | | | | | |
| **GEMB/Shop NBC** **PO Box 981400** **El Paso, TX 79998-1400** | | | | | | | | 317.00 |
| Account No. **10SC8172** | | J | | | | | | |
| **Geraci Law, LLC** **55 E. Monroe St. Suite** **Suite 3400** **Chicago, IL 60603** | | | | | | | | 1,276.37 |
| Account No. **0055015160** | | J | | | | | | |
| **Great Lakes Credit  Union** **2525 Green Bay Rd** **North Chicago, IL 60064** | | | | | | | | 28.00 |
| Account No. **5160** | | J | 05/17/2010 credit | | | | | |
| **Great Lakes Credit  Union** **2525 Green Bay Rd** **North Chicago, IL 60064** | | | | | | | | 151.00 |

Sheet no. __**24**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,345.37

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
       **Nancy Quiros**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **5160** <br><br> **Great Lakes Credit  Union** <br> **2525 Green Bay Rd** <br> **North Chicago, IL 60064** | | J | | 10/14/2009 <br> credit | | | | 143.00 |
| Account No. **005501516082** <br><br> **Great Lakes Credit  Union** <br> **2525 Green Bay Rd** <br> **North Chicago, IL 60064** | | J | | 05/14/2010 | | | | 245.57 |
| Account No. **5160** <br><br> **Great Lakes Credit  Union** <br> **2525 Green Bay Rd** <br> **North Chicago, IL 60064** | | J | | 12/20/2009 | | | | 11,430.82 |
| Account No. **55015160** <br><br> **Great Lakes CU** <br> **1425 Tri State Pkwy** <br> **Gurnee, IL 60031** | | J | | 7/2009 | | | | 7,681.00 |
| Account No. **4177116-1** <br><br> **Harris & Harris, LTD** <br> **222 Merchandise Mart Plaza,** <br> **Suite 1900** <br> **Chicago, IL 60654** | | J | | | | | | 504.90 |

Sheet no. __25__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,005.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
    **Nancy Quiros**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **803137052** <br><br> **Health & Welfare Fund** <br> **1000 Burr Ridge Pkwy** <br> **Burr Ridge, IL 60527** | | J | | | | | 500.00 |
| Account No. **0005501300** <br><br> **Health & Welfare Fund** <br> **1000 Burr Ridge Pkwy** <br> **Willowbrook, IL 60527** | | J | 05/21/2010 | | | | 95.00 |
| Account No. **214569915** <br><br> **Health & Welfare Fund** <br> **1000 Burr Ridge Pkwy** <br> **Willowbrook, IL 60527** | | J | 08/20/2008 | | | | 313.44 |
| Account No. **215043753** <br><br> **Health & Welfare Fund** <br> **1000 Burr Ridge Pkwy** <br> **Willowbrook, IL 60527** | | J | 09/17/2008 | | | | 42.42 |
| Account No. **229056593** <br><br> **Health & Welfare Fund** <br> **1000 Burr Ridge Pkwy** <br> **Willowbrook, IL 60527** | | J | 04/07/2010 | | | | 65.87 |

Sheet no. __26__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,016.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
      **Nancy Quiros**
                                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **12461 A** | | J | 01/26/2010 | | | | | |
| **Health & Welfare Fund** **1000 Burr Ridge Pkwy** **Willowbrook, IL 60527** | | | | | | | | 215.00 |
| Account No. **GE CAPITA 484** | | J | | | | | | |
| **hilco receivables** **5 Revere Dr.** **Suite 206** **Northbrook, IL 60062** | | | | | | | | 1,066.00 |
| Account No. **GE CAPITA 483** | | J | | | | | | |
| **Hilco Receivables** **5 Revere Dr.** **Suite 206** **Northbrook, IL 60062** | | | | | | | | 1,800.00 |
| Account No. 6035320135481537 | | J | 06/09/2010 | | | | | |
| **Home Depot** **Processomg Center** **Des Moines, IA 50364** | | | | | | | | 1,368.35 |
| Account No. 6035320135481537 | | J | 11/09/2009 | | | | | |
| **Home Depot Credit Services** **P.O. Box 6891000** **Des Moines, IA 50368-9100** | | | | | | | | 873.51 |

Sheet no. __27__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,322.86

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**                           Case No. _____
       **Nancy Quiros,**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **226691-019038** | | | 2/2007 | | | | |
| **Household Bank/Menards** **90 Christaina Rd.** **New Castle, DE 19720-3118** | | J | | | | | 177.00 |
| Account No. **0007001063213353958** | | | | | | | |
| **HSBC** **PO Box 4144** **Carol Stream, IL 60197** | | J | | | | | 1,768.60 |
| Account No. **1102357691** | | | | | | | |
| **HSBC Retail Services** **PO Box 15521** **Wilmington, DE 19850-5521** | | J | | | | | 145.11 |
| Account No. **006004300190382413** | | | 1/22/2010 | | | | |
| **HSBC Retail Services** **PO Box 5244** **Carol Stream, IL 60197** | | J | | | | | 83.38 |
| Account No. **006911233c** | | | 08/30/20010 | | | | |
| **IHC Libertyvill Emergency Physician** **111 E Wisconsin Ave** **Milwaukee, WI 53202** | | J | | | | | 588.00 |

Sheet no. __28__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal         **2,762.09**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
         **Nancy Quiros,**

_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **006668462C** | | | 04/26/2010 | | | | | |
| **IHC Libertyvill Emergency Physician**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | J | | | | | | 100.00 |
| Account No. **56-6509035** | | | | | | | | |
| **Infinity Healthcare Physicians**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | J | | | | | | 395.00 |
| Account No. **8870043** | | | | | | | | |
| **Informed Mail an SXC-Company**<br>**9994 Premier Parkway**<br>**Miramar, FL 33025** | | J | | | | | | 100.00 |
| Account No. **7021260024073355** | | | 12/31/2010<br>credit | | | | | |
| **J.C. Christensen and Associates, In**<br>**PO Box 519**<br>**Sauk Rapids, MN 56379** | | J | | | | | | 3,220.57 |
| Account No. **2062130** | | | 11/04/2009 | | | | | |
| **Jajeh and Koch S C**<br>**35 Tower CT Suite F**<br>**Gurnee, IL 60031** | | J | | | | | | 1,500.00 |

Sheet no. __**29**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,315.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
         **Nancy Quiros,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Janov & Duggan Dentistry, Ltd.** **2454 Dempster** **Suite 416** **Des Plaines, IL 60016** | | J | | | | | | 2,580.00 |
| Account No. **3582** | | | | 08/23/2010 | | | | |
| **Janov & Duggan Dentistry, Ltd.** **2454 Dempster** **Suite 416** **Des Plaines, IL 60016** | | J | | | | | | 541.98 |
| Account No. **6008892484674110** | | | | | | | | |
| **JC Penny consumer** **PO Box 320006** **Birmingham, AL 35222-1308** | | J | | | | | | 778.21 |
| Account No. **219224037** | | | | 03/18/2009 medical | | | | |
| **JH Stroger Hospital of Cook County** **PO Box 70121** **Chicago, IL 60673** | | J | | | | | | 27.65 |
| Account No. **217884246** | | | | 03/19/2009 medical | | | | |
| **JH Stroger Hospital of Cook County** **PO Box 70121** **Chicago, IL 60673** | | J | | | | | | 18.29 |

Sheet no. __30__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,946.13

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
         **Nancy Quiros**
                                                                                    Case No. _____
_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **219920238** <br><br> **JH Stroger Hospital of Cook County** <br> **PO Box 70121** <br> **Chicago, IL 60673** | | J | | 05/07/2009 <br> medical | | | | 14.79 |
| Account No. **700051899** <br><br> **JH Stroger Hospital of Cook County** <br> **PO Box 70121** <br> **Chicago, IL 60673** | | J | | 12/2010 <br> healthcare | | | | 115.70 |
| Account No. **217179779** <br><br> **JH Stroger Hospital of Cook County** <br> **PO Box 70121** <br> **Chicago, IL 60673** | | J | | 03/2009 <br> medical | | | | 17.43 |
| Account No. **217884246** <br><br> **JH Stroger Hospital of Cook County** <br> **PO Box 70121** <br> **Chicago, IL 60673** | | J | | 04/30/2009 <br> medical | | | | 18.29 |
| Account No. **219920238** <br><br> **JH Stroger Hospital of Cook County** <br> **PO Box 70121** <br> **Chicago, IL 60673** | | J | | 04/01/2009 <br> medical/ | | | | 14.79 |

Sheet no. __31__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            181.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **215508193** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 11/27/2008 <br> med | | | | 18.94 |
| Account No. **002233208** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 10/02/2008 | | | | 185.65 |
| Account No. **226064574** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 12/29/2009 <br> medical | | | | 7.39 |
| Account No. **212167795** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 08/27/2008 <br> medical | | | | 185.65 |
| Account No. **211438973** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 11/22/2008 <br> medical | | | | 150.79 |

Sheet no. __32__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

548.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
　　　**Nancy Quiros,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **218907152** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 03/12/2009 <br> medical | | | | 152.71 |
| Account No. **217884246** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 02/11/2009 <br> med | | | | 18.29 |
| Account No. **219224037** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 4/23/2009 <br> med | | | | 27.65 |
| Account No. **217179779** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 02/11/2009 <br> med | | | | 17.43 |
| Account No. **222449167** <br><br> JH Stroger Hospital of Cook County <br> PO Box 70121 <br> Chicago, IL 60673 | | J | | 09/03/2009 <br> medical | | | | 62.60 |

Sheet no. __33__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

278.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
    **Nancy Quiros,**

Case No. _____

_____,
                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **002233208**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | | 02/05/2009<br>med | | | | 11.85 |
| Account No. **223866955**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | | 09/24/2009<br>med | | | | 20.65 |
| Account No. **219920238**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | | 06/18/2009<br>med | | | | 14.79 |
| Account No. **221573983**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | | 06/18/2009<br>medical | | | | 39.12 |
| Account No. **222449167**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | | 07/23/2009<br>medical | | | | 62.60 |

Sheet no. __34__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

149.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
**Nancy Quiros**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **212553168**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | 08/27/2009<br>medical | | | | 34.50 |
| Account No. **214569915**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | 09/03/2009<br>medical | | | | 64.99 |
| Account No. **219224037**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | 06/04/2009<br>medical | | | | 27.65 |
| Account No. **223866955**<br><br>**JH Stroger Hospital of Cook County**<br>**PO Box 70121**<br>**Chicago, IL 60673** | | J | 08/18/2009<br>med | | | | 20.65 |
| Account No. **222449167**<br><br>**John H Stroger Jr Hosp Cook Cn**<br>**1900 W Polk St Room 1335**<br>**ATTN Controller**<br>**Chicago, IL 60612** | | J | 06/08/2009 | | | | 62.60 |

Sheet no. __**35**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

210.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
         **Nancy Quiros**                                                    Case No. _____

                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **218907152** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 01/19/2009 | | | | 152.71 |
| Account No. **212553168** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 04/21/2008 | | | | 34.50 |
| Account No. **219920238** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 03/23/2009 | | | | 14.79 |
| Account No. **220664288** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 03/30/2009 | | | | 29.22 |
| Account No. **216180000** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 09/24/2008 | | | | 43.24 |

Sheet no. __36__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

274.46

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
        **Nancy Quiros,**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **223866955** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 07/31/2009 | | | | 20.65 |
| Account No. **216512186** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 10/06/2008 | | | | 29.69 |
| Account No. **215043753** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 10/01/2008 | | | | 8.80 |
| Account No. **214299711** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 10/16/2008 | | | | 11.83 |
| Account No. **215508193** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 09/03/2008 | | | | 18.94 |

Sheet no. __37__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89.91

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
         **Nancy Quiros,**

                                              Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **214877003** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 09/17/2008 | | | | 7.58 |
| Account No. **214360000** <br><br> **John H Stroger Jr Hosp Cook Cn** <br> **1900 W Polk St Room 1335** <br> **ATTN Controller** <br> **Chicago, IL 60612** | | J | 09/04/2008 | | | | 12.92 |
| Account No. **26487526** <br><br> **Kohl's Payment Center** <br> **PO Box 2983** <br> **Milwaukee, WI 53201-2983** | | J | | | | | 564.46 |
| Account No. **4261459** <br><br> **kohls/chase** <br> **N56W17000 Ridgewood Dr.** <br> **Menomonee Falls, WI 53051** | | J | 8/2005 | | | | 564.00 |
| Account No. **06-29-229-001** <br><br> **Lake County** <br> **18 N County St. Suite 102** <br> **Waukegan, IL 60085** | | J | 09/03/2010 | | | | 2,372.84 |

Sheet no. __**38**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,521.80

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
     **Nancy Quiros**                                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **33923**<br><br>**lake county acute care llp**<br>**75 remit dr**<br>**1218**<br>**Chicago, IL 60675** | | J | | 09/05/2009<br>medical | | | | 18.82 |
| Account No. **33923**<br><br>**Lake County Acute Care LLP**<br>**75 Remit Dr**<br>**1218**<br>**Chicago, IL 60675** | | J | | 04/25/2009<br>medical | | | | 151.00 |
| Account No. **33923**<br><br>**Lake County Acute Care LLP**<br>**75 Remit Dr**<br>**1218**<br>**Chicago, IL 60675** | | J | | 06/20/2009 | | | | 101.00 |
| Account No. **33923**<br><br>**Lake County Acute Care LLP**<br>**75 Remit Dr**<br>**1218**<br>**Chicago, IL 60675** | | J | | 08/08/2009 | | | | 18.82 |
| Account No. **48844**<br><br>**Lake County Acute Care, LLP**<br>**75 Remittance Drive**<br>**Suite 1151**<br>**Chicago, IL 60675-1151** | | J | | | | | | 48.00 |

Sheet no. __**39**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          337.64

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
       **Nancy Quiros**

Case No. _____

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **LCA-911127** **Lake County Anesthesiologists LTD** **PO Box 70** **Lake Forest, IL 60045** | | | J | 12/04/2009 | | | | 76.80 |
| Account No. **262865370** **Lake County Radiology associates** **36104 TReasurey center** **Chicago, IL 60694** | | | J | 05/03/2010 medical | | | | 14.80 |
| Account No. **262865369** **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | J | 05/03/2010 med | | | | 7.80 |
| Account No. **262865368** **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | J | 05/03/2010 medical | | | | 32.40 |
| Account No. **262865367** **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | J | 06/02/2010 med | | | | 33.20 |

Sheet no. __**40**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

165.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
    **Nancy Quiros**

Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **262865370**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Ctr.**<br>**Chicago, IL 60694-3647** | | | J | | **06/02/2010**<br>**medical** | | | | **14.80** |
| Account No. **262865369**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Ctr.**<br>**Chicago, IL 60694-3647** | | | J | | **06/02/2010**<br>**medical** | | | | **7.80** |
| Account No. **26286568**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Ctr.**<br>**Chicago, IL 60694-3647** | | | J | | **06/02/2010**<br>**medical** | | | | **32.40** |
| Account No. **262732844**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Ctr.**<br>**Chicago, IL 60694-3647** | | | J | | **05/08/2009**<br>**med** | | | | **26.60** |
| Account No. **262846954**<br><br>**Lake County Radiology Associates**<br>**36104 Treasury Ctr.**<br>**Chicago, IL 60694-3647** | | | J | | **5/17/2010**<br>**medical** | | | | **21.00** |

Sheet no. __41__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**102.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
     **Nancy Quiros,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **262865367** | | | J | | 05/03/2010 | | | | |
| **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | | | | | | | 33.20 |
| Account No. **262758462** | | | J | | 06/16/2009 | | | | |
| **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | | | | | | | 19.00 |
| Account No. **262865673** | | | J | | 07/21/2010 | | | | |
| **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | | | | | | | 10.00 |
| Account No. **262641895** | | | J | | 06/19/2009 | | | | |
| **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | | | | | | | 2.60 |
| Account No. **262643793** | | | J | | 06/26/2009 | | | | |
| **Lake County Radiology Associates** **36104 Treasury Ctr.** **Chicago, IL 60694-3647** | | | | | | | | | 31.00 |

Sheet no. __42__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95.80

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
    **Nancy Quiros**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **54095**<br><br>**lake heart specialists**<br>**35 tower court**<br>**suite f**<br>**Gurnee, IL 60031** | | J | | **07/27/2010**<br>**medical** | | | | 181.54 |
| Account No. **3958**<br><br>**LDG Financial Services, LLC**<br>**7001 Peachtree Industrial Blvd.**<br>**Norcross, GA 30092** | | J | | | | | | 2,375.41 |
| Account No. **3355**<br><br>**Leading Edge Recovery Solutions, LL**<br>**5440 N Cumberland Ave**<br>**Suite 300**<br>**Chicago, IL 60656-1490** | | J | | | | | | 2,957.12 |
| Account No. **56-6668462**<br><br>**Libertyville Emergency Physician**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | J | | | | | | 45.60 |
| Account No. **221573983**<br><br>**Linebarger Goggan Blair & Sampson**<br>**PO Box 06268**<br>**Chicago, IL 60606-0268** | | J | | | | | | 259.39 |

Sheet no. __**43**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,819.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
**Nancy Quiros,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **211438973** | | | | 12/09/2008 collector | | | | |
| **Linebarger Goggan Blair & Sampson** PO Box 06268 Chicago, IL 60606 | | J | | | | | | 150.79 |
| Account No. **11163442** | | | | 05/05/2006 med | | | | |
| **Locke Chiropractic Center** 1539 Lee Street Des Plaines, IL 60018 | | J | | | | | | 442.60 |
| Account No. **82765143044322** | | | | 11/08/2009 | | | | |
| **Lowe's** P.O. Box 530914 Atlanta, GA 30353-0914 | | J | | | | | | 90.01 |
| Account No. **82765143044322** | | | | 06/11/2010 | | | | |
| **Lowe's Project Card/Gemb** PO Box 530914 Atlanta, GA 30353 | | J | | | | | | 202.41 |
| Account No. **702126002407** | | | | 6/2010 | | | | |
| **LVNV FUNDING LLC** PO Box 10584 Greenville, SC 29603 | | J | | | | | | 3,051.00 |

Sheet no. __44__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,936.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
**Nancy Quiros**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7667**<br><br>**Mark J Trelka MD**<br>**565 Lakeview Parkway**<br>**suit 104**<br>**Vernon Hills, IL 60061** | | J | | | 08/26/2010 | | | | 579.60 |
| Account No. **8535271159**<br><br>**MCM dept. 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | J | | | 01/15/2011<br>credit | | | | 395.93 |
| Account No. **8534845257**<br><br>**MCM dept. 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | J | | | 1/15/2011<br>credit | | | | 2,150.00 |
| Account No. **6004300190382413**<br><br>**Menards**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | J | | | 11/15/2009 | | | | 41.38 |
| Account No. **6004300190382413**<br><br>**Menards**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | J | | | 02/15/2010 | | | | 83.38 |

Sheet no. __45__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,250.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
       **Nancy Quiros**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 841000002202 | | | 11/2007 | | | | | |
| Merrill Lynch PO Box 91614 Mobile, AL 36691 | J | | | | | | | 1,277.00 |
| Account No. 7714240067511766 | | | | | | | | |
| Meyer & NJUS, P.A. 1100 U.S. Bank Plaza 200 SOuth Sixth Street Minneapolis, MN 55402 | J | | | | | | | 957.28 |
| Account No. 853484 | | | 6/2010 | | | | | |
| Midland Cred (Original Creditor:Cit 8875 Aero Dr Suite 200 San Diego, CA 92123 | J | | | | | | | 2,115.00 |
| Account No. 853527 | | | 6/2010 | | | | | |
| Midland Credit Management 8875 Aero Dr. Ste 200 San Diego, CA 92123-2255 | J | | | | | | | 378.00 |
| Account No. 8535271159 | | | | | | | | |
| Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060-0578 | J | | | | | | | 379.13 |

Sheet no. __46__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,106.41**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**                                        Case No. _____
        **Nancy Quiros**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8534845257 | | | | | | | |
| Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060-0578 | | J | | | | | 2,113.12 |
| Account No. 8537282594 | | | | | | | |
| Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060-0578 | | J | | | | | 1,466.33 |
| Account No. 861-1-0005453462 | | | 05/05/010 | | | | |
| Midwest Diagnostic Pathology, SC 75 Remittance Dr. Suite 3070 Chicago, IL 60675-3070 | | J | | | | | 30.60 |
| Account No. 861-1-0005453462 | | | 05/05/2010 medical | | | | |
| Midwest Diagnostic Pathology, SC 75 Remittance Dr. Suite 3070 Chicago, IL 60675-3070 | | J | | | | | 30.60 |
| Account No. 8610005453462 | | | 06/04/2010 | | | | |
| Midwest Diagnostic Pathology, SC 75 Remittance Dr. Suite 3070 Chicago, IL 60675-3070 | | J | | | | | 30.60 |

Sheet no. __47__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,671.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
      **Nancy Quiros**
                                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **861-1-0004776893**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr.**<br>**Suite 3070**<br>**Chicago, IL 60675-3070** | | | J | | 07/06/2009<br>medical | | | | 185.00 |
| Account No. **861-1-0004814791**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr.**<br>**Suite 3070**<br>**Chicago, IL 60675-3070** | | | J | | 07/18/2009<br>medical | | | | 439.00 |
| Account No. **86110005587520**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr.**<br>**Suite 3070**<br>**Chicago, IL 60675-3070** | | | J | | 07/30/2010 | | | | 60.00 |
| Account No. **86110005705955**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr.**<br>**Suite 3070**<br>**Chicago, IL 60675-3070** | | | J | | 09/04/2010 | | | | 33.00 |
| Account No. **861-1-0005453462**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr.**<br>**Suite 3070**<br>**Chicago, IL 60675-3070** | | | J | | 08/05/2010 | | | | 30.60 |

Sheet no. __**48**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

747.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
**Nancy Quiros**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **861-1-0004776893** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | | J | 06/06/2009 | | | | 185.00 |
| Account No. **861-2-0005144857** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | | J | 02/05/2010 | | | | 41.40 |
| Account No. **861-2-0005587520** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | | J | 10/05/2009 | | | | 60.00 |
| Account No. <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | | J | | | | | 439.00 |
| Account No. **0005705955** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | | J | 08/30/2010 | | | | 33.00 |

Sheet no. __**49**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

758.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0005453462** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | J | 04/25/2010 | | | | **13.50** |
| Account No. **00005453462** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | J | 04/28/2010 | | | | **2.70** |
| Account No. **0005453462** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | J | 04/28/2010 | | | | **14.40** |
| Account No. **0005144857** <br><br> **Midwest Diagnostic Pathology, SC** <br> **75 Remittance Dr.** <br> **Suite 3070** <br> **Chicago, IL 60675-3070** | | J | 11/25/2009 | | | | **41.40** |
| Account No. **74498261693** <br><br> **Mundelein Foot & Ankle Center** <br> **1170 E. Belvidere Rd.** <br> **Grayslake, IL 60030** | | J | | | | | **181.30** |

Sheet no. __**50**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**253.30**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**                                                                    Case No. _____
       **Nancy Quiros,**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W J C | | | | | |
| Account No. 56149898070 | | | | | | | | |
| **Mundelein Foot & Ankle Center** **1170 E. Belvidere Rd.** **Grayslake, IL 60030** | | J | | | | | | 45.00 |
| Account No. 000191211 | | | | 09/04/2009 | | | | |
| **Mundelein Pediatrics S C** **1170 E Belvidere RD Suite 106** **Grayslake, IL 60030** | | J | | | | | | 27.80 |
| Account No. 8334W0026727997 | | | | | | | | |
| **Mundelein Pediatrics SC** **1170 E. Belvidere Rd. #106** **Grayslake, IL 60030** | | J | | | | | | 166.80 |
| Account No. 4839 | | | | 08/03/2009 pediatrics | | | | |
| **Mundelein Pediatrics SC** **1170 E Belvidere Rd** **Suite 106** **Grayslake, IL 60030** | | J | | | | | | 114.00 |
| Account No. 4839 | | | | | | | | |
| **Mundelein Pediatrics, S.C.** **1170 E. Belvidere Rd** **Ste 106** **Grayslake, IL 60030** | | J | | | | | | 166.80 |

Sheet no. __51__ of __64__ sheets attached to Schedule of                                                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                                                         (Total of this page)          520.40

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
     **Nancy Quiros,**
                                                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **949817** | | | | | | | | |
| **N C C** **PO Box 9156** **Alexandria, VA 22304-0156** | | J | | | | | | 30.60 |
| Account No. **877556063** | | | | | | | | |
| **Nation Recovery Center Inc.** **6491 Peachtree Industrial Blvd** **Atlanta, GA 30360** | | J | | | | | | 204.34 |
| Account No. **10231166355** | | | | | | | | |
| **National Credit, Inc** **2015 Vaughn Rd. NW Ste 400** **Kennesaw, GA 30144-7802** | | J | | | | | | 203.69 |
| Account No. **004839102** | | | | | | | | |
| **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139-3442** | | J | | | | | | 1,212.21 |
| Account No. **9286150** | | | | | | | | |
| **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139-3442** | | J | | | | | | 1,066.03 |

Sheet no. __52__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,716.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
     **Nancy Quiros**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No. **122749116**<br><br>**National Recovery Agency**<br>**PO Box 67015**<br>**Harrisburg, PA 17106-7015** | | J | | | | | | 84.08 |
| Account No. **7001063213353958**<br><br>**NCB Management Services, Inc.**<br>**PO BOX 1099**<br>**Langhorne, PA 19047** | | J | | 08/02/2010 | | | | 2,472.17 |
| Account No. **6022**<br><br>**Northshore CTR for Gastroenterology**<br>**1880 W. Winchester**<br>**Suite 201**<br>**Libertyville, IL 60048** | | J | | | | | | 396.60 |
| Account No. **14478**<br><br>**NorthShore CTR for Gastroenterology**<br>**1880 W. Winchester**<br>**Libertyville, IL 60048** | | J | | 12/11/2009<br>med | | | | 97.20 |
| Account No. **6022-1**<br><br>**Northshore CTR for Gastroenterology**<br>**1880 W Winchester**<br>**Libertyville, IL 60048** | | J | | 1/09/2010<br>medical | | | | 396.60 |

Sheet no. __53__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,446.65

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
          **Nancy Quiros,**                                                          Case No. _____

                                                    _____,
                                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **14478** <br><br> **Northshore CTR for Gastroenterology** <br> **1880 W. Winchester** <br> **Suite 201** <br> **Libertyville, IL 60048** | | J | | | 11/16/2009 | | | | 97.20 |
| Account No. **40244** <br><br> **Northshore CTR for Gastroenterology** <br> **1880 W. Winchester** <br> **Suite 201** <br> **Libertyville, IL 60048** | | J | | | 11/19/2009 | | | | 52.20 |
| Account No. **31454** <br><br> **Northshore CTR for Gastroenterology** <br> **1880 W. Winchester** <br> **Suite 201** <br> **Libertyville, IL 60048** | | J | | | 05/11/2009 | | | | 106.00 |
| Account No. **39122** <br><br> **Northshore CTR for Gastroenterology** <br> **1880 W. Winchester** <br> **Suite 201** <br> **Libertyville, IL 60048** | | J | | | 11/04/2009 | | | | 45.00 |
| Account No. **6022** <br><br> **Northshore CTR for Gastroenterology** <br> **1880 W. Winchester** <br> **Suite 201** <br> **Libertyville, IL 60048** | | J | | | 12/12/2008 | | | | 266.40 |

Sheet no. __54__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **566.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**
      **Nancy Quiros,**
                                             ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **QUIDA000**<br><br>**Omar Dalloul**<br>**1880 Winchester Ct STE 16**<br>**Libertyville, IL 60048** | | | J | | 04/22/2010 | | | | 132.20 |
| Account No. **2191**<br><br>**Orion Anesthesia Associates PC**<br>**PO Box 991**<br>**Park Ridge, IL 60068** | | | J | | 12/09/2009 | | | | 106.00 |
| Account No. **6845**<br><br>**Orion Anesthesia Associates PC**<br>**PO Box 991**<br>**Park Ridge, IL 60068** | | | J | | 11/05/2009 | | | | 106.00 |
| Account No. **7001-0632-1335-3958**<br><br>**Payment Processing Center**<br>**PO Box 4144**<br>**Carol Stream, IL 60197** | | | J | | 02/09/2009<br>HSBC | | | | 1,744.23 |
| Account No. **6045771209174572**<br><br>**PCA Acquisitions, LLC** | | | J | | | | | | 322.46 |

Sheet no. __55__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,410.89

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **17221654** | | | | | | | | |
| Phillips & Cohen Associates, Ltd. PO Box 48458 Oak Park, MI 48237 | | J | | | | | | 322.46 |
| Account No. **12766454** | | | | | | | | |
| Professional Account Management LLC Cellection SErvices Division PO Box 391 Milwaukee, WI 53201-0391 | | J | | | | | | 165.24 |
| Account No. **0353568065** | | J | | 12/20/2010 credit | | | | 564.46 |
| progressive financial services PO box 41309 Nashville, TN 37204 | | | | | | | | |
| Account No. **24802** | | | | | | | | |
| Pulmonary Medicine Associates PO Box 616 Forest Park, IL 60130-0616 | | J | | | | | | 42.60 |
| Account No. **0000801821** | | J | | 04/22/2010 | | | | 42.60 |
| pulmonary medicine associates s PO Box 616 Forest Park, IL 60130 | | | | | | | | |

| Sheet no. __56__ of __64__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,137.36 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**
**Nancy Quiros,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **24802** <br><br> **Pulmonary Physicians of the North Shore** <br> **2151 Waukegan Rd Suite 110** <br> **Deerfield, IL 60015** | | J | | 08/09/2010 <br> medical | | | | 42.60 |
| Account No. **6062635191** <br><br> **Quest Diagnostics** <br> **P.O. Box 64804** <br> **Baltimore, MD 21264-4804** | | J | | | | | | 10.75 |
| Account No. **6170473361** <br><br> **Quest Diagnostics** <br> **PO Box 809403** <br> **Chicago, IL 60680-9403** | | J | | | | | | 8.72 |
| Account No. **6170473361** <br><br> **Quest Diagnostics** <br> **PO Box 809403** <br> **Chicago, IL 60680** | | J | | 08/22/2010 <br> medical | | | | 8.72 |
| Account No. **6170473361** <br><br> **Quest Diagnostics** <br> **256 Windridge dr** <br> **Round Lake, IL 60073** | | J | | 2/02/2010 | | | | 250.00 |

Sheet no. __**57**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

320.79

2/17/11  8:11PM

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
　　　**Nancy Quiros**                                             Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6062635191** <br><br> **Quest Diagnostics** <br> **256 Windridge Dr** <br> **Round Lake, IL 60073** | | J | 10/24/2009 | | | | 100.00 |
| Account No. **4037-8400-1672-3189** <br><br> **Regional Adjustment Bureau, Inc.** <br> **PO Box 34111** <br> **Memphis, TN 38184-0111** | | J | | | | | 540.12 |
| Account No. **3582** <br><br> **Renaissance Recovery Services, Inc.** <br> **PO Box 1095** <br> **Park Ridge, IL 60068** | | J | | | | | 541.98 |
| Account No. **6011-3610-7942-4321** <br><br> **Sam's Club** <br> **P O Box 960013** <br> **Orlando, FL 32896** | | J | 06/12/2010 <br> sams | | | | 2,573.95 |
| Account No. **7714240067511766** <br><br> **Sam's Club** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353-0942** | | J | 06/10/2010 | | | | 1,276.37 |

Sheet no. __**58**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,032.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Quiros,**                                                        Case No. _____
       **Nancy Quiros**

                                                                        ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **1766** | | | | | 08/15/2009 | | | | |
| **Sam's Club** P.O. Box 530942 Atlanta, GA 30353-0942 | | | J | | | | | | 1,055.64 |
| Account No. **5049-9401-3889-3630** | | | | | 11/05/2009 | | | | |
| **Sears Card** P.O. Box 183081 Columbus, OH 43218-3082 | | | J | | | | | | 720.00 |
| Account No. **5049-9401-3889-3630** | | | | | 09/08/2010 credit | | | | |
| **Sears Credit Cards** PO Box 183081 Columbus, OH 43218 | | | J | | | | | | 1,446.32 |
| Account No. **126** | | | | | 6/2010 | | | | |
| **Security Credit services** 2623 W. Oxford Loop Oxford, MS 38655 | | | J | | | | | | 3,399.00 |
| Account No. **042614595952** | | | | | | | | | |
| **Sentry Credit, Inc.** PO Box 12070 Everett, WA 98206-2070 | | | J | | | | | | 564.46 |

Sheet no. __59__ of __64__ sheets attached to Schedule of          Subtotal          7,185.42
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **David Quiros,**
    **Nancy Quiros**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **505865936041** <br><br> **Sprint** <br> **PO Box 4191** <br> **Carol Stream, IL 60197** | | J | 08/24/2009 <br> phone | | | | 556.40 |
| Account No. **505865936** <br><br> **SPRINT** <br> **PO Box 8077** <br> **London, KY 40742** | | J | 12/25/2009 | | | | 542.38 |
| Account No. **505865936** <br><br> **SPRINT** <br> **PO Box 8077** <br> **London, KY 40742** | | J | 1/28/2010 | | | | 551.40 |
| Account No. **1369798** <br><br> **State Collection Service Inc.** <br> **2509 S Stoughton Rd** <br> **Madison, WI 53716** | | J | 07/26/2009 <br> health care | | | | 56.05 |
| Account No. **001369798T** <br><br> **Take Care Health Illinois PC** <br> **4165 30th Ave South** <br> **Fargo, ND 58104** | | J | 08/07/2009 | | | | 59.00 |

Sheet no. __60__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,765.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**                                      Case No. _____
        **Nancy Quiros**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15074425** <br><br> **Tate & Kirlin Associates** <br> **2810 Southampton Road,** <br> **Suite 10** <br> **Philadelphia, PA 19154-1207** | | J | | | | | 3,058.48 |
| Account No. **4349** <br><br> **TCF Nstional bank** <br> **800 Burr Ridge pkey** <br> **Hinsdale, IL 60521** | | J | **10/09/2009** <br> **charges** | | | | 136.00 |
| Account No. **6035320135481537** <br><br> **The CBE Group Inc** <br> **131 Tower Park Suite 100** <br> **PO Box 2547** <br> **Waterloo, IA 50704** | | J | **10/14/2010** | | | | 239.49 |
| Account No. **6035320135481537** <br><br> **The CBE Group, Inc** <br> **PO Box 2695** <br> **Waterloo, IA 50704-2695** | | J | | | | | 1,369.50 |
| Account No. **603532013548** <br><br> **The Home Depot** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | J | **5/2003** | | | | 1,368.00 |

Sheet no. __61__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         6,171.47

B6F (Official Form 6F) (12/07) - Cont.

In re　**David Quiros,**　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Nancy Quiros**
_____,
　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **27668**<br><br>**Tien C. Cheng MD**<br>**PO Box 413**<br>**Winnetka, IL 60093** | | J | | **5/24/2010**<br>**electrocardiogram** | | | | **72.00** |
| Account No. **0550053782**<br><br>**Total Rehab, P.C.**<br>**PO Box 72180**<br>**Roselle, IL 60172** | | J | | **12/17/2009**<br>**medical**<br>　　**Subject to setoff.** | | | | **6,269.00** |
| Account No. **0550053782**<br><br>**Total Rehab, P.C.**<br>**PO Box 72180**<br>**Roselle, IL 60172** | | J | | **06/23/2010** | | | | **10,023.00** |
| Account No. **5193-1300-0101-4712**<br><br>**U.S. Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | | J | | | | | | **1,089.52** |
| Account No. **4037-8400-1672-3189**<br><br>**U.S. Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | | J | | | | | | **272.19** |

Sheet no. __**62**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,725.71**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David Quiros,**                                                 Case No. _____
         **Nancy Quiros**
                                                    _____,
                                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6484** | | J | 9/2009 | | | | |
| **United Consumer Finalcial Svcs** **865 Bassett Rd.** **Westlake, OH 44145** | | | | | | | 857.00 |
| Account No. **6-484-7808** | | J | | | | | |
| **United Consumer Financial Services** **PO Box 856290** **Louisville, KY 40285** | | | | | | | 425.07 |
| Account No. **6-484-7808** | | J | 05/14/2009 credit | | | | |
| **United Consumer Financial Services** **PO Box 8526290** **Louisville, KY 40285** | | | | | | | 131.69 |
| Account No. **14490376-7251** | | J | | | | | |
| **United Recovery Systems** **PO Box 722910** **Houston, TX 77272-2910** | | | | | | | 5,081.17 |
| Account No. **5193-1300-0101-4712** | | J | 06/16/2010 credit | | | | |
| **US Bank** **P.O. Box 790408** **Saint Louis, MO 63179-0408** | | | | | | | 1,312.83 |

Sheet no. __**63**__ of __**64**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,807.76**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Quiros,**
        **Nancy Quiros,**

Case No. _____

                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6800133161**<br><br>**US Bank Home Mortgage**<br>**4801 Frederica Street**<br>**Owensboro, KY 42301** | | J | 09/14/2009 | | | | 1,622.08 |
| Account No. **084-01-0000022022949**<br><br>**Venter One Financial Services**<br>**PO Box 70866**<br>**Charlotte, NC 28272** | | J | 11/16/2009 | | | | 393.06 |
| Account No. **877556063**<br><br>**Victorias Secret**<br>**PO Box 182125**<br>**Columbus, OH 43218** | | J | Credit card purchases | | | | 204.34 |
| Account No. **6032203384546825**<br><br>**Walmart**<br>**PO Box 530927**<br>**Atlanta, GA 30353** | | J | 1/11/2011 | | | | 263.50 |
| Account No. **9458**<br><br>**Wm. W. Siegel & Assoc.**<br>**PO Box 9006**<br>**Smithtown, NY 11787-9006** | | J | | | | | 3,027.85 |

Sheet no. __64__ of __64__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 5,510.83 |
| Total (Report on Summary of Schedules) | 381,431.85 |

B6G (Official Form 6G) (12/07)

.

In re    **David Quiros,**                                                    Case No. _____

       **Nancy Quiros**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **David Quiros,**                                    Case No. _____
         **Nancy Quiros,**

_____,
                                    Debtors
# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re   **David Quiros**
         **Nancy Quiros**
                                                                Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son**<br>**son** | AGE(S):<br>**13**<br>**18** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Housekeeping** |
| Name of Employer | **Unemployed** | **Advocate Condell Medical Center** |
| How long employed | | **3 years** |
| Address of Employer | | **801 S Milwaukee Ave**<br>**Libertyville, IL 60048** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 876.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 876.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | 216.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 216.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 660.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 660.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 660.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **David Quiros**
       **Nancy Quiros**                                          Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,655.00 |
| a. Are real estate taxes included?          Yes __X__      No ____ | | |
| b. Is property insurance included?          Yes __X__      No ____ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 219.00 |
|                    b. Water and sewer | $ | 200.00 |
|                    c. Telephone | $ | 0.00 |
|                    d. Other   **See Detailed Expense Attachment** | $ | 175.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 40.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 0.00 |
|                    b. Life | $ | 0.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 116.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 0.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,355.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 660.00 |
| b.    Average monthly expenses from Line 18 above | $ | 3,355.00 |
| c.    Monthly net income (a. minus b.) | $ | -2,695.00 |

**B6J (Official Form 6J) (12/07)**

In re    **David Quiros**
      **Nancy Quiros**                                Case No. _____
                                  Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell Phone** | $ | **53.00** |
| **Cable and Telephone** | $ | **122.00** |
| **Total Other Utility Expenditures** | $ | **175.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **David Quiros**
     **Nancy Quiros**                  Case No.
                           Debtor(s)      Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**79**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 17, 2011**      Signature    **/s/ David Quiros**
                                           **David Quiros**
                                           Debtor

Date   **February 17, 2011**      Signature    **/s/ Nancy Quiros**
                                           **Nancy Quiros**
                                           Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **David Quiros**
      **Nancy Quiros**
                      Debtor(s)
    Case No.

    Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$55,388.00** | **2009: Both Employment Income** |
| **$104,761.00** | **2008: Both Employment Income** |

---

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT           SOURCE

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GE Money     10sc8172 V. Quiros** | **Collection** | **In the Circuit Court of The Nineteenth Judicial circuit, Lake County, Illinois** | **Pending** |
| **US Bank, NA     10CH2396 V. David & Nancy Quiros** | **Foreclosure** | **In The Circuit Court For The 19th Judicial Circuit Lake County-Waukegan, Illinois** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Marcelino Diaz**<br>**2215 W. Grand Avenue**<br>**Suite A**<br>**Waukegan, IL 60085** | **11/18/2010** | **$700.00** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|---------------------------------------|----------------|-------------------|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|------------------------|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **February 17, 2011**                    Signature  **/s/ David Quiros**
                                                         **David Quiros**
                                                         Debtor


Date **February 17, 2011**                    Signature  **/s/ Nancy Quiros**
                                                         **Nancy Quiros**
                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **David Quiros**<br>**Nancy Quiros** | Case No. | |
| | Debtor(s) | Chapter | **7** |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

Property No. 1

| **Creditor's Name:**<br>**Us Bank Home Mtg** | **Describe Property Securing Debt:**<br>**252 Landridge Dr** |
|---|---|

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.  Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 17, 2011** _____    Signature  **/s/ David Quiros** _____
                                                           **David Quiros**
                                                           Debtor

Date  **February 17, 2011** _____    Signature  **/s/ Nancy Quiros** _____
                                                           **Nancy Quiros**
                                                           Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **David Quiros**
      **Nancy Quiros**

_____

Debtor(s)

Case No. _____

Chapter      **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **700.00** |
| Prior to the filing of this statement I have received | $ | **700.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 17, 2011**

/s/ Marcelino Diaz
**Marcelino Diaz 6271542**
**Law Offices of Marcelino Diaz**
**2215 W. Grand Avenue**
**Suite A**
**Waukegan, IL 60085**
**(847) 244-7288  Fax: (847) 244-7294**
**lawyermdiaz@yahoo.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **David Quiros**
**Nancy Quiros**
_____
Debtor(s)

Case No. _____
Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David Quiros**
**Nancy Quiros**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ David Quiros**          **February 17, 2011**
_____
Signature of Debtor          Date

X  **/s/ Nancy Quiros**          **February 17, 2011**
_____
Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re **David Quiros**
**Nancy Quiros**
Debtor(s)

Case No.

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **194**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February 17, 2011**

**/s/ David Quiros**
**David Quiros**
Signature of Debtor

Date: **February 17, 2011**

**/s/ Nancy Quiros**
**Nancy Quiros**
Signature of Debtor

.

ACL Laboratories Inc.
8901 West Lincoln Ave
Milwaukee, WI 53227


Advocate Condell Medical Center
97169 Eagle Way
Chicago, IL 60678-9710


Advocate Condell Medical Center
801 S Milwaukee Ave
Libertyville, IL 60048


Alexandria Vaneck Co., LPA
5660 Southwyck Blvd #110
Toledo, OH 43614-1597


Allied Interstate, Inc
PO Box 361774
Columbus, OH 43236


American General Finanance
4013 W 26th St
Chicago, IL 60623


American General Finance
601 NW Second St.
PO Box
Evansville, IN 47701


American General Finance
PO Box 790370
Saint Louis, MO 63179-0370


Anatoly Arber MD PHD
501 N Riverside Dr #213
Gurnee, IL 60031


Ashley Home Store Vernon Hills
413 N Milwaukee Ave #200
Vernon Hills, IL 60061


Associated Neurology SC
1900 Hollister
Libertyville, IL 60048

AT&T
PO BOX 8100
Aurora, IL 60507-8100


Bank Of America
PO Box 15137
Wilmington, DE 19850


Bank Of America
Po Box 15019
Wilmington, DE 19886


Bank of america
PO Box 851001
Dallas, TX 75285


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Beneficial national bank
PO Box 15518
Wilmington, DE 19850-5518


Best Buy / HSBC
PO Box 15524
Wilmington, DE 19850


Best Buy / HSBC
PO Box 17298
Baltimore, MD 21297


C.C.S.
Payment Processing Center- 27
PO Box 55126
Boston, MA 02205-5126


C/O Rust Consulting, Inc
PO Box 2354
Faribault, MN 55021-9054


Capital Management Services, LP
726 Exchange Street
Suite 700
Buffalo, NY 14210

Capital One
PO Box 71083
Charlotte, NC 28272


Capital one Bank
PO Box 6492
Carol Stream, IL 60197


Capitalone
PO Box 6492
Carol Stream, IL 60197


Card Service Center
PO Box 6275
Sioux Falls, SD 57117


Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548


Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


cardmember service
po bOX 15153
Wilmington, DE 19886


Cardmember service
po box 15548
Wilmington, DE 19886


Center for Internal Medicine
501 N Riverside Dr
ste 216
Gurnee, IL 60031


Center For Internal Medicine
501 North Riverside Drive
Suite 216
Gurnee, IL 60031


Centerone Financial Services
PO Box 991817-WOFMB227
Mobile, AL 36691-8817

Central Portfolio Control
6640 Shady Oak Rd #300
Eden Prairie, MN 55344-7710


Certified Services Inc.
PO Box 177
Waukegan, IL 60079-0177


Chase Bank
Progressive Financial Services
PO Box 41309
Nashville, TN 37204


Chase Bank USA
Po Box 15298
Wilmington, DE 19850


Chase Card Member service
418587122338
Waukegan, IL 60085


Chase card member service
PO Box 15153
Wilmington, DE 19886


Chase Card Services
PO Box 15298
Wilmington, DE 19850


citi
PO Box 22060
Tempe, AZ 85285


Citi
PO Box 653095
Dallas, TX 75265


Citi Cards
P.O. Box 688901
Des Moines, IA 50368-8901


Citi Cards
P.O. Box 688901
Des Moines, IA 50368-8904

Citi Financial
PO Box 6931
The Lakes, NV 88901-6931


citibank sd na
PO Box 6241
Sioux Falls, SD 57117


Citifinancial
4500 New Linden Hill Rd
Wilmington, DE 19808


Citifinancial
Po Box 499
Hanover, MD 21076


Client Services Inc
3451 Harry Truman Blvd.
Saint Charles, MO 63301


Client Services Inc
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-3236


Client Services, INC.
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


ComEd
Claims Dept. 4th Floor
Three Lincoln Centre
Oakbrook Terrace, IL 60181-4260


ComEd
Claims Department, 4th Floor
Villa Park, IL 60181


Core Source
PO Box 2920
Clinton, IA 52733-2920

Core Source
PO Box 2920
Clinton, IA 52733


Corporate Receivables, Inc.
PO Box 32995
Phoenix, AZ 85064-2995


Credit Management, LP
4200 International Parkway
Carrollton, TX 75007


CVS Caremark
PO BOx 99778
Chicago, IL 60696


Deerbrook Medical Associates
565 Lakeview Parkway
Suite 116
Vernon Hills, IL 60061


DeerBrook Medical Associates
 565 Lake View Parkway Suite 116
Vernon Hills, IL 60061


Dependon Collection Service, Inc.
P.O. Box 4983
Oak Brook, IL 60522-4983


Discover
P.O. BOX 6103
Carol Stream, IL 60197


Discover Card
12 Reads Way
New Castle, DE 19720


Diversified Adjustment Services Inc
PO Box 32145
Fridley, MN 55432-0145


Drs Jajeh and Koch S C
35 Tower Ct
Suite 3
Gurnee, IL 60031

Edward Shulz
550 N Midlothian
STE 100
Mundelein, IL 60060


ER Solutions, Inc.
10750 Hammerly Blvd #200
Houston, TX 77043


express scripts
PO Box 66580
Saint Louis, MO 63166


family doctors
1275 e belvidere
Grayslake, IL 60030


Fbs card service
PO Box 9487
Minneapolis, MN 55440


Fifth Third Bank
38 Fountain Square Plz
MD 1Com-64
Cincinnati, OH 45263


Fifth Third Bank
PO Box 740778
Cincinnati, OH 45274


Fifth Third Bank
P.O. Box 2306
Cincinnati, OH 45201-2306


Financial Recovery services, Inc.
PO Box 385908
Minneapolis, MN 55438-5908


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908


First Revenue Assurance
PO Box 8546
Omaha, NE 68108

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061


GE Money Bank
PO Box 960061
Orlando, FL 32896


GE Money Bank/ ShopNBC
PO Box 960009
Orlando, FL 32896


GE Money Bank/Lowes
PO Box 530914
Atlanta, GA 30353


Gemb/Jcp
Po Box 981402
El Paso, TX 79998


GEMB/Lowes Project PMGB
PO Box 981400
El Paso, TX 79998-1400


Gemb/Sams Club
Po Box 981400
El Paso, TX 79998


GEMB/Shop NBC
PO Box 981400
El Paso, TX 79998-1400


Geraci Law, LLC
55 E. Monroe St. Suite
Suite 3400
Chicago, IL 60603


Great Lakes Credit  Union
2525 Green Bay Rd
North Chicago, IL 60064


Great Lakes CU
1425 Tri State Pkwy
Gurnee, IL 60031

Harris & Harris, LTD
222 Merchandise Mart Plaza,
Suite 1900
Chicago, IL 60654


Health & Welfare Fund
1000 Burr Ridge Pkwy
Burr Ridge, IL 60527


Health & Welfare Fund
1000 Burr Ridge Pkwy
Willowbrook, IL 60527


hilco receivables
5 Revere Dr.
Suite 206
Northbrook, IL 60062


Home Depot
Processomg Center
Des Moines, IA 50364


Home Depot Credit Services
P.O. Box 6891000
Des Moines, IA 50368-9100


Household Bank/Menards
90 Christaina Rd.
New Castle, DE 19720-3118


HSBC
PO Box 4144
Carol Stream, IL 60197


HSBC Retail Services
PO Box 15521
Wilmington, DE 19850-5521


HSBC Retail Services
PO Box 5244
Carol Stream, IL 60197


IHC Libertyvill Emergency Physician
111 E Wisconsin Ave
Milwaukee, WI 53202

IHC Libertyvill Emergency Physician
PO Box 3261
Milwaukee, WI 53201-3261


Infinity Healthcare Physicians
PO Box 3261
Milwaukee, WI 53201-3261


Informed Mail an SXC-Company
9994 Premier Parkway
Miramar, FL 33025


J.C. Christensen and Associates, In
PO Box 519
Sauk Rapids, MN 56379


Jajeh and Koch S C
35 Tower CT Suite F
Gurnee, IL 60031


Janov & Duggan Dentistry, Ltd.
2454 Dempster
Suite 416
Des Plaines, IL 60016


JC Penny consumer
PO Box 320006
Birmingham, AL 35222-1308


JH Stroger Hospital of Cook County
PO Box 70121
Chicago, IL 60673


John H Stroger Jr Hosp Cook Cn
1900 W Polk St Room 1335
ATTN Controller
Chicago, IL 60612


Kohl's Payment Center
PO Box 2983
Milwaukee, WI 53201-2983


kohls/chase
N56W17000 Ridgewood Dr.
Menomonee Falls, WI 53051

Lake County
18 N County St. Suite 102
Waukegan, IL 60085


lake county acute care llp
75 remit dr
1218
Chicago, IL 60675


Lake County Acute Care, LLP
75 Remittance Drive
Suite 1151
Chicago, IL 60675-1151


Lake County Anesthesiologists LTD
PO Box 70
Lake Forest, IL 60045


Lake County Radiology associates
36104 TReasurey center
Chicago, IL 60694


Lake County Radiology Associates
36104 Treasury Ctr.
Chicago, IL 60694-3647


lake heart specialists
35 tower court
suite f
Gurnee, IL 60031


LDG Financial Services, LLC
7001 Peachtree Industrial Blvd.
Norcross, GA 30092


Leading Edge Recovery Solutions, LL
5440 N Cumberland Ave
Suite 300
Chicago, IL 60656-1490


Libertyville Emergency Physician
PO Box 3261
Milwaukee, WI 53201-3261

Linebarger Goggan Blair & Sampson
PO Box 06268
Chicago, IL 60606-0268


Linebarger Goggan Blair & Sampson
PO Box 06268
Chicago, IL 60606


Locke Chiropractic Center
1539 Lee Street
Des Plaines, IL 60018


Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914


Lowe's Project Card/Gemb
PO Box 530914
Atlanta, GA 30353


LVNV FUNDING LLC
PO Box 10584
Greenville, SC 29603


Mark J Trelka MD
565 Lakeview Parkway
suit 104
Vernon Hills, IL 60061


MCM dept. 12421
PO Box 603
Oaks, PA 19456


Menards
PO Box 17602
Baltimore, MD 21297


Merrill Lynch
PO Box 91614
Mobile, AL 36691


Meyer & NJUS, P.A.
1100 U.S. Bank Plaza
200 SOuth Sixth Street
Minneapolis, MN 55402

Midland Cred (Original Creditor:Cit
8875 Aero Dr Suite 200
San Diego, CA 92123


Midland Credit Management
8875 Aero Dr. Ste 200
San Diego, CA 92123-2255


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578


Midwest Diagnostic Pathology, SC
75 Remittance Dr.
Suite 3070
Chicago, IL 60675-3070


Mundelein Foot & Ankle Center
1170 E. Belvidere Rd.
Grayslake, IL 60030


Mundelein Pediatrics S C
1170 E Belvidere RD Suite 106
Grayslake, IL 60030


Mundelein Pediatrics SC
1170 E. Belvidere Rd. #106
Grayslake, IL 60030


Mundelein Pediatrics SC
1170 E Belvidere Rd
Suite 106
Grayslake, IL 60030


Mundelein Pediatrics, S.C.
1170 E. Belvidere Rd
Ste 106
Grayslake, IL 60030


N C C
PO Box 9156
Alexandria, VA 22304-0156

Nation Recovery Center Inc.
6491 Peachtree Industrial Blvd
Atlanta, GA 30360


National Credit, Inc
2015 Vaughn Rd. NW Ste 400
Kennesaw, GA 30144-7802


National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442


National Recovery Agency
PO Box 67015
Harrisburg, PA 17106-7015


NCB Management Services, Inc.
PO BOX 1099
Langhorne, PA 19047


Northshore CTR for Gastroenterology
1880 W. Winchester
Suite 201
Libertyville, IL 60048


NorthShore CTR for Gastroenterology
1880 W. Winchester
Libertyville, IL 60048


Northshore CTR for Gastroenterology
1880 W Winchester
Libertyville, IL 60048


Omar Dalloul
1880 Winchester Ct STE 16
Libertyville, IL 60048


Orion Anesthesia Associates PC
PO Box 991
Park Ridge, IL 60068


Payment Processing Center
PO Box 4144
Carol Stream, IL 60197

PCA Acquisitions, LLC


Phillips & Cohen Associates, Ltd.
PO Box 48458
Oak Park, MI 48237


Professional Account Management LLC
Cellection SErvices Division
PO Box 391
Milwaukee, WI 53201-0391


progressive financial services
PO box 41309
Nashville, TN 37204


Pulmonary Medicine Associates
PO Box 616
Forest Park, IL 60130-0616


pulmonary medicine associates s
PO Box 616
Forest Park, IL 60130


Pulmonary Physicians of the
North Shore
2151 Waukegan Rd Suite 110
Deerfield, IL 60015


Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804


Quest Diagnostics
PO Box 809403
Chicago, IL 60680-9403


Quest Diagnostics
PO Box 809403
Chicago, IL 60680


Quest Diagnostics
256 Windridge dr
Round Lake, IL 60073

Regional Adjustment Bureau, Inc.
PO Box 34111
Memphis, TN 38184-0111


Renaissance Recovery Services, Inc.
PO Box 1095
Park Ridge, IL 60068


Sam's Club
P O Box 960013
Orlando, FL 32896


Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942


Sears Card
P.O. Box 183081
Columbus, OH 43218-3082


Sears Credit Cards
PO Box 183081
Columbus, OH 43218


Security Credit services
2623 W. Oxford Loop
Oxford, MS 38655


Sentry Credit, Inc.
PO Box 12070
Everett, WA 98206-2070


Sprint
PO Box 4191
Carol Stream, IL 60197


SPRINT
PO Box 8077
London, KY 40742


State Collection Service Inc.
2509 S Stoughton Rd
Madison, WI 53716

Take Care Health Illinois PC
4165 30th Ave South
Fargo, ND 58104


Tate & Kirlin Associates
2810 Southampton Road,
Suite 10
Philadelphia, PA 19154-1207


TCF Nstional bank
800 Burr Ridge pkey
Hinsdale, IL 60521


The CBE Group Inc
131 Tower Park Suite 100
PO Box 2547
Waterloo, IA 50704


The CBE Group, Inc
PO Box 2695
Waterloo, IA 50704-2695


The Home Depot
Po Box 6497
Sioux Falls, SD 57117


Tien C. Cheng MD
PO Box 413
Winnetka, IL 60093


Total Rehab, P.C.
PO Box 72180
Roselle, IL 60172


U.S. Bank
PO Box 790408
Saint Louis, MO 63179-0408


United Consumer Finalcial Svcs
865 Bassett Rd.
Westlake, OH 44145


United Consumer Financial Services
PO Box 856290
Louisville, KY 40285

United Consumer Financial Services
PO Box 8526290
Louisville, KY 40285


United Recovery Systems
PO Box 722910
Houston, TX 77272-2910


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


US Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301


Us Bank Home Mtg
PO Box 20005
Owensboro, KY 42304


Venter One Financial Services
PO Box 70866
Charlotte, NC 28272


Victorias Secret
PO Box 182125
Columbus, OH 43218


Walmart
PO Box 530927
Atlanta, GA 30353


Wm. W. Siegel & Assoc.
PO Box 9006
Smithtown, NY 11787-9006